IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| SUN TS 40, LLC, ) | Case No.: 15-54035-BEM |
| ) | |
| Debtor. ) | |

### ENTERPRISE BANK & TRUST'S
### OBJECTION TO DEBTOR'S USE OF CASH COLLATERAL

Enterprise Bank & Trust ("*EB&T*") hereby files this preliminary objection (the "*Objection*") to the use by SUN TS 40, LLC (the "*Debtor*") of EB&T's cash collateral, respectfully showing the Court as follows:

### BACKGROUND

1. On March 2, 2015 (the "*Petition Date*"), the Debtor filed its voluntary petition under Chapter 11 of Title 11 of the United States Code.

2. The Debtor has not filed its schedules, statement of financial affairs, or any first day motions. The first meeting of creditors in the Case has not been scheduled as of the date of this Objection.

3. Before the Petition Date, SUN 316, LLC ("*Borrower*") executed a promissory note dated March 26, 2008, in the original principal amount of $7,215,00.00 (the "*Note*") in favor of Home National Bank, EB&T's predecessor in interest under the loan documents. The obligations under the Note were assumed by the Debtor and other tenant-in-common interest holders pursuant to various Assignment and Assumption Agreements. The Note is secured by, among other things, a Deed To Secure Debt and Security Agreement dated March 26, 2008 (the "*Deed*") and recorded in Deed Book 48741, Page 846, Gwinnet County, Georgia real property records.

4. The Deed covers all real property and improvements in Gwinnett County, Georgia, having a street address of 1000 Hurricane Shoals Road, Lawrenceville, Georgia (the "***Real Property***"), which the Debtor holds as a tenant-in-common with twenty-one (21) other tenants-in-common (collectively, the "***TICs***").  The Debtor holds a 5.55 percent **(5.55%)** interest in the Real Property.

5. On January 2, 2015, EB&T recorded an assignment of the Note, Deed, and all related documents from Home National Bank to EB&T located at Book 53313, Page 87, Gwinnett County, Georgia real property records (the "***EB&T Assignment***").

6. EB&T holds a properly perfected first priority security interest in the rents (the "***Rents***") that are being generated on or about the Real Property, pursuant to, among other things, an Assignment of Leases and Rents dated March 26, 2008, recorded in Deed Book 48741, Page 882.  In addition, EB&T holds a first priority lien and security interest in, among other things, all improvements, income, and contract rights of the Debtor, and any and all proceeds therefrom.

7. As further security for the obligations under the Note, SUN 1031, LLC, an Arizona limited liability company ("***Guarantor***") executed a Guaranty of Recourse Obligations dated March 26, 2008 and a Second Guaranty of Recourse Obligations dated March 26, 2008.

8. None of the other TICs have filed bankruptcy.

9. On January 29, 2015, EB&T provided notice to the Debtor and the TICs of the payment defaults under the Note and accelerated all amounts due thereunder.  The amounts due were not paid.

10. The outstanding principal balance on the Note is $6,771,004.00 plus interest, late charges, and attorneys' fees owed as of the Petition Date.  The Note is in default.  The non-default interest rate under the Note is 6.69%.

11. The last payment received by EB&T under the Note was August 25, 2014. Since that time, the Debtor and its affiliates have deprived EB&T from any payment on the Note, or any Rents paid on account of the Real Property.

12. The Real Property was scheduled for foreclosure on March 3, 2015, which foreclosure was stayed due to the Debtor's bankruptcy filing.

## **LEGAL AUTHORITY**

13. The Bankruptcy Code provides that a trustee or debtor-in-possession, after notice and a hearing, may "use, sell, or lease, other than in the ordinary course of business, property of the estate." *See* 11 U.S.C. § 363(b)(1); *see also* 11 U.S.C. § 363(c)(1). Nonetheless, any such use of property of the estate is subject to certain express limitations. "[A]t any time, on request of an entity that has an interest in property used, sold, or leased, or property to be used, sold, or leased, by the trustee, the court, with or without a hearing, *shall prohibit or condition* such use, sale, or lease as is *necessary to provide adequate protection* of such interest." 11 U.S.C. § 363(e) (emphasis added). The Bankruptcy Code provides that a debtor-in-possession may not use cash collateral unless, "each entity that has an interest in such cash collateral consents; or the court, after notice and a hearing, authorizes such use, sale, or lease in accordance with the provisions of this section." 11 U.S.C. § 363(c)(2).

14. Section 363 of the Bankruptcy Code defines "cash collateral" as any cash, deposit accounts, rents, issues, profits, proceeds, or other cash equivalent . . .." 11 U.S.C. § 363(a); *see also* 11 U.S.C. § 552(b) (directing that if the security agreement between debtor and a secured creditor extended to property of debtor acquired before the commencement of the case and to proceeds, product, offspring, or profits of such property, then such security interest likewise shall extend to such proceeds, product, offspring, or profits acquired by the estate after the commencement of the case).

- 3 -

15. In this case, the Rents constitute EB&T's cash collateral (hereinafter, the "*Cash Collateral*").

**OBJECTION**

16. EB&T hereby shows that it does not consent to the Debtor's use of any funds constituting cash collateral within the meaning of 11 U.S.C. § 363, including the Rents. EB&T further shows that it does not consent and objects to the Debtor's use of its Cash Collateral prior to receipt of EB&T's approval of its budget, which EB&T has requested from the Debtor, but has not yet received. Additionally, EB&T objects to the Debtor's use of the Cash Collateral unless and until the Debtor can provide EB&T with adequate protection of its interest in the Cash Collateral. Finally, EB&T objects to the extent that the Debtor seeks to use an amount of Cash Collateral that is more than the amount necessary to avoid immediate and irreparable harm to the estate pending a final hearing pursuant to Rule 4001(b)(2) of the Bankruptcy Rules.

17. Without a budget, EB&T has no way to approve or disapprove of the Debtor's continued use of Cash Collateral. EB&T also requires an accounting of the Debtor's income and expenses immediately. Furthermore, this bankruptcy case has been pending now for three (3) business days and the Debtor has not filed any first day motions or even its schedules of assets or liabilities and statement of financial affairs, which concerns EB&T.

18. To allow the use of the Cash Collateral without a mechanism in place for EB&T to review the proposed use of the Cash Collateral would jeopardize EB&T's security interests in the Real Property and the Rents.

19. EB&T further requests that the Court condition such use on the Debtor's provision of adequate protection to EB&T in the form of monthly cash payments, and that the Debtor's ability to use Cash Collateral expire within a reasonable period of time.

20. EB&T further shows that it believes the bankruptcy filing may not have been in good faith, but rather, a filing by one TIC for the benefit all other non-debtor TICs. EB&T intends to seek the entry of the order lifting the automatic stay, and/or seeking other remedies, so that it can proceed with its foreclosure remedy forthwith. This objection is without prejudice to the right of EB&T to seek such relief on an immediate and emergency basis.

**WHEREFORE**, Enterprise Bank & Trust requests that the Court grant relief consistent with this Objection and for such further relief as the Court deems just and proper.

Dated this 5th day of March 2015.

/s/ *Gwendolyn J. Godfrey*
Gwendolyn J. Godfrey (Ga. Bar No. 153004)
gwendolyn.godfrey@bryancave.com
**BRYAN CAVE LLP**
One Atlantic Center - Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia  30309-3488
Telephone:   (404) 572-6600
Facsimile:   (404) 572-6999

*Attorneys for Enterprise Bank & Trust*

- 5 -

# CERTIFICATE OF SERVICE

This is to certify that I have on this the 5th day of March 2015 served **the Objection of Enterprise Bank & Trust to the Debtor's Use of Cash Collateral** by serving electronically on all registered ECF users in this case, and depositing a copy of same in the United States Mail, in properly addressed envelopes, with sufficient postage affixed thereon on the parties shown below:

Sun TS 40, LLC
68173 Pine Place
Cathedral City, CA  92234

Paul Reece Marr
Paul Reece Marr PC
300 Galleria Parkway NW, Suite 960
Atlanta, GA  30339

Guy G. Gebhardt
Office of the US Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA  30303

CUSA, LLC
Dante Mancini
1255 Roberts Blvd., Suite 100
Kennesaw, GA  30144

SUN 316, LLC
1400 E. Southern Ave. Suite 225
Tempe, Arizona  85282

SUN 316, LLC
4960 S. Gilbert Road, Suite 1-442
Chandler, Arizona  85249

SUN 1031, LLC
1400 E. Southern Ave.
Suite 225
Tempe, Arizona  85282

SUN TS 22, LLC
1581 Deer Hollow Way
Roseville, CA  95661

SUN TS 43, LLC
P.O. Box 166
Thomaston, GA  30286

SUN TS 51, LLC
1000 Hurricane Shoals Rd. NE
Lawrenceville, GA  30043

SUN TS 42, LLC
3103 SE 4th Street
Renton, WA  98056

SUN TS 41, LLC
1963 So. Lafayette Street
San Gabriel, CA  91776

SUN TS 37, LLC
2985 Belden Drive
Los Angeles, CA  90068

SUN TS 28, LLC
69 Montsalas Drive
Monterey, CA  93940

SUN TS 38, LLC
51 Marr Ave.
Oakland, CA  94611

SUN TS 10, LLC
c/o Miller Realty Services, Inc.
5784 Lake Forrest Dr., Suite 252
Atlanta, GA  30328

- 6 -

SUN TS 11, LLC
c/o Miller Realty Services, Inc.
5784 Lake Forrest Dr., Suite 252
Atlanta, GA  30328

SUN TS 17, LLC
1378 La Solana Dr.
Altadena, CA  91001

SUN TS 23, LLC
4201 E. Fairfield Circle
Mesa, AZ  85205

SUN TS 25, LLC
2690 South Los Alto Drive
Chandler, AZ  85226

SUN TS 26, LLC
625 James Lee Dr.
Suwanee, GA  30024

SUN TS 27, LLC
8813 So. Halldale
Los Angeles, CA  90047

SUN TS 29, LLC
91-149 B Ewa Beach Rd
Ewa Beach, HI  96706

SUN TS 32, LLC
5319 W. Surrey Ave.
Glendale, AZ  85304

SUN TS 47, LLC
1005 E. Alpine Drive
Payson, AZ  85541

SUN TS 49, LLC
64-56 228th St.
Oakland Gardens, NY  11364

SUN TS 50, LLC
28501 Rd. FF
Stratton, CO  80836

SUN TS 51, LLC
627 Union Ave.
Brooklyn, NY  11211

Gwinnett County Tax Commissioner
Richard Steele
75 Langley Drive
Lawrenceville, GA  30046

SUN TS 41, LLC
1000 Hurricane Shoals Rd. NE
Lawrenceville, GA  30043

/s/ *Gwendolyn J. Godfrey*
Gwendolyn J. Godfrey (Ga. Bar No. 153004)
**BRYAN CAVE LLP**
One Atlantic Center - Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia  30309-3488
Telephone:     (404) 572-6600
Facsimile:     (404) 572-6999

*Attorneys for Enterprise Bank & Trust*

- 7 -

6412929